IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN D. WALKER, #M32509, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-cv-02325-SMY |
| | ) |
| ILLINOIS DEPARTMENT of CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits with prejudice,** the parties to bear their own costs.

**DATED**: November 7, 2024

                                              MONICA A. STUMP
                                              CLERK of COURT

                                              By: s/ Megan Moyers
                                                         Deputy Clerk

APPROVED:  *s/ Staci M. Yandle*
                    Staci M. Yandle
                    United States District Judge